# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159259 & (31)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 159259
COA: 344396
Kent CC: 01-002245-FC

DEANDRE SADDERL VICK,
　　　　Defendant-Appellant.

_____/

　　　　By order of October 3, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the December 7, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Kent Circuit Court's June 4, 2018 order denying relief from judgment on the basis of the affidavit of Kenneth Jackson, and we REMAND this case to the trial court for reconsideration of the defendant's motion under MCR 6.504(B). On remand, the trial court shall determine whether the new evidence presented in that affidavit is credible and whether the impact of the new evidence, in conjunction with the evidence that would be presented on retrial, which would include newly discovered evidence presented in previous motions for relief from judgment, would make a different result probable on retrial. *People v Johnson*, 502 Mich 541, 566-567, 571 (2018). In all other respects, leave to appeal is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to appoint counsel is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2020



Clerk

s0414